# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     MARVIN W. FACTOR | : | Chapter 11 |
| | : | |
| Debtor(s) | : | Bky. No. 09-12485 ELF |
| | : | |
| MARVIN W. FACTOR | : | |
| KATHLEEN M. FACTOR | : | |
| | : | |
| Plaintiff s | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 09-0205 |
| ALLIANCE BANK, et al. | : | |
| Defendants | : | |
| | : | |

## O R D E R

**WHEREAS,** the above captioned adversary proceeding was commenced on June 22, 2009 by the filing of a Notice of Removal;

**AND,** by order dated November 23, 2009, the main bankruptcy case was dismissed;

**AND, WHEREAS,** generally, the termination of a debtor's main case will result in dismissal of all pending adversary proceedings, see, e.g., In re Smith, 866 F2d 576 (3d Cir. 1989);

**AND,** in the context of a removed proceeding, remand of the proceeding (rather than dismissal) being the more appropriate disposition;

**AND,** the court having the legal authority to act sua sponte to remand a removed proceeding pursuant to 28 U.S.C. §1452(b), see Bricker v. Martin, 348 B.R. 28 (W.D. Pa. 2006); Scherer v. Carroll, 150 B.R. 549 (D. Vt. 1993); In re Best Reception Systems, Inc., 220 B.R. 932 (Bankr. E.D. Tenn. 1998);

It is hereby **ORDERED** that the above-captioned proceeding is **REMANDED** to the Court of Common Pleas, Philadelphia County.

**Date: November 23, 2009**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:  Marvin W. Factor
     Kathleen M. Factor
     1013 Clinton Street
     Philadelphia, PA 19107